PD-0581-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/13/2015 4:14:16 PM
Accepted 5/15/2015 11:03:59 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## AUSTIN, TEXAS

| | | |
|---|---|---|
| EDGAR ALBERTO ROMO, | § § § | **COURT OF APPEALS** |
| | § | **NO. 05-13-00546-CR** |
| **V.** | § § | |
| | § | **TRIAL COURT** |
| | § | **No. 199-82866-2012** |
| | § | |
| THE STATE OF TEXAS | § § | |

## MOTION TO EXTEND TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW
## FROM THE COURT OF APPEALS
## FIFTH JUDICIAL DISTRICT
## DALLAS, TEXAS

**DANIEL LAZARINE**

TBN 24073197
440 Louisiana St., Suite 200
Houston, TX 77002
713-224-3967
713-224-2815 (fax)

**GEORGE J. PARNHAM**

TBN 155320000
440 Louisiana St., Suite 200
Houston, TX 77002
713-224-3967
713-224-2815 (fax)
george@georgeparnham.com

## ATTORNEYS FOR APPELLANT

FILED IN
COURT OF CRIMINAL APPEALS

May 15, 2015

ABEL ACOSTA, CLERK

| | |
|---|---|
| EDGAR ALBERTO ROMO, | § |
| Appellant | § |
| | § CAUSE NO. 05-13-00546-CR |
| VS. | § |
| | § |
| | § |
| THE STATE OF TEXAS, | § TRIAL DOCKET NO. 199-82866-2012 |
| Appellee | § |

## MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

## TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

**COMES NOW EDGAR ALBERTO ROMO,** Petitioner in the above-entitled and numbered cause, and submits this motion for an extension of 30 days in which to file a Petition for Discretionary Review pursuant to Rule 68.2 and Rule 10.5(b) of the Texas Rules of Appellate Procedure. In support of this motion, Petitioner shows the court the following:

### I.

On August 18, 2011, Petitioner was convicted for the offense of murder in the 199th Judicial District Court of Collin County, Texas, the Honorable Angela Tucker, presiding, cause No. 199-82866-2012. Petitioner timely filed his Notice of Appeal on February 17, 2014. The Court of Appeals affirmed the conviction on April 17, 2015. Petitioner's deadline to file his Petition for Discretionary Review is May 17, 2015.

### II.

This is Petitioner's first Motion to Extend Time to File Petition for Discretionary Review. Due to a heavy court schedule and travel, counsel has been unable to complete said PDR and needs additional time to prepare Appellant's petition. Counsel has been traveling to and from surrounding counties, currently has no co-counsel to help with the overload, and thus has been away from his office most of the time during this month. Counsel's office is in Houston, Texas.

2

Counsel has traveled to Dewitt County, to the 24th Judicial District Court on State of Texas v. Lillian Jackson, Cause No. 15-02-12,179. Counsel would also show he has had to be in Federal Court on different occasions for U.S.A. v. Edward Vallier and U.S.A. v. Charles Derouen. Counsel would also show he has been to Galveston County and Washington County on the same defendant, Mr. Zachary Neely. Counsel also has traveled to Liberty County on State of Texas vs. Raymond Mabry, as well as Mr. Parnham three trips to Brazoria County involving a Solicitation of Capital Murder case. This case, State of Texas v. Valdemar Herrera was ultimately no billed. Lastly, counsel would also show that he has made several appearances in Harris County as well on several pending cases.

## III.

This motion is not made for purposes of delay, but rather that the end of justice may be served.

**WHEREFORE**, Petitioner prays the Court grant this motion and extend by 30 days the deadline for filing his Petition for Discretionary Review.

Respectfully submitted,

**GEORGE J. PARNHAM**
**TBN 15532000**
**440 Louisiana Street**
**Suite 200**
**Houston, TX 77002**
**713-224-3967**
**713-224-2815 (fax)**

3

DANIEL LAZARINE
TBN 24073197

440 Louisiana Street
Suite 200
Houston, TX 77002
713-224-3967
713-224-2815 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2015, a true and correct copy of the foregoing EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW was mailed to the Collin County Assistant District Attorney, Emily Johnson-Liu, 2100 Bloomdale Road, Suite 20004, Mc Kinney, Texas 75071; and to State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711, by First Class U.S. mail.

GEORGE J. PARNHAM

4

STATE OF TEXAS § § §

COUNTY OF HARRIS §

On this day personally appeared **GEORGE J. PARNHAM**, who stated under oath as follows:

"My name is **GEORGE J. PARNHAM**. I am the attorney representing the Appellant in this cause. I have read the foregoing Request, and swear that the matters contained in such request are true and correct."

_____
GEORGE J. PARNHAM

**SWORN TO AND SUBSCRIBED** before me on this the 13th day of May, 2015, to which witness my hand and seal of office.

YOLANDA MARTINEZ
NOTARY PUBLIC
COMMISSION EXPIRES:
05-11-2018

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

5

## IN THE COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

EDGAR ALBERTO ROMO §
**Appellant** §
§ NO. 05-13-00546-CR
§
VS. §
§
§
THE STATE OF TEXAS, § TRIAL COURT NO. 199-82866-2012
**Appellee** §

## ORDER

On this day came on to be heard Appellant's **Motion to Extend Time to File PDR.**

It is the opinion of this Court that the **Motion to Extend Time to File PDR** should

be and is hereby **GRANTED.**

**SIGNED** on this the _____ day of _____, 2015.


_____
**JUDGE PRESIDING**